Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

William F. Davis
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Gov Ralph Northam
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:20cv403
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: William F Davis
   Street Address: 2027 Stonehollow Rd
   City and County: Henrico
   State and Zip Code: VA 23238
   Telephone Number: 804 380 3435
   E-mail Address: billrva@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
JUN -8 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Ralph S Northam
- Job or Title (if known): Governor
- Street Address: Governor's Mansion - Capital Square
- City and County: Richmond
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 36, Chapter 1 Part 60
Specifically - Part 16.15

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached ;
Removal of the Robert E Lee statue (state owned) on Monument Ave violates Federally designated Landmark Law.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cease + Desist Removal efforts, Restore statue and pedestal to appearance before Riots + vandalism

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/8/2020

Signature of Plaintiff: *William F. Davis*
Printed Name of Plaintiff: William F. Davis

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# United States District Court
# For the Eastern District of Virginia

William F. Davis
Pro se
2027 Stonehollow Road
Richmond, VA 23238
billrva@yahoo.com
804-380-3435

Vs.

Ralph S. Northam
Governor
Commonwealth of Virginia
Governor's Mansion
Capitol Square
Richmond, Virginia

## Complaint and Motion for Emergency Injunctive Relief

Please understand that I represent myself pro se, and due to the urgency of the matter, I have not had time to contact potential counsel, nor do I have the resources to fund a potentially lengthy legal battle without assistance. Best efforts have been made to create and respectfully submit this request to the Court.

## Basis of Jurisdiction

The issue is the Governor of Virginia's stated intent to quickly remove the statue of Robert E. Lee from Monument Avenue in Richmond, Virginia. This statue is a recognized State and National Landmark, the latter recognition being extended in 2007. Title 36, Chapter 1 Part 60 of The United States Code generally prevents removal or destruction of a National Historic Landmark.

The first party (Davis) is a resident of Henrico County, VA. The second party (Northam) is a resident of the City of Richmond. The statue referenced is located in the City of Richmond.

## Cause of Action

The Court is asked to initiate an injunction to immediately cause the Governor and any others to Cease and Desist from any action that is a part of, or leading to removal of the Robert E. Lee statue from Monument Avenue until such time as the Court has been able to rule in the matter.

Further, as the statue, and the land on which it stands is owned by the Commonwealth of Virginia, and the statue has been defaced by vandals during riots over several days, and the images painted on the pedestal are profane, insulting and degrading, and that the riots were not controlled by any government agency, that the Commonwealth of Virginia be ordered to immediately begin work to restore the statue, pedestal and grounds to pre-riot appearance.

## Additional Request:

Given the racially and politically charged nature of the issues regarding the Robert E. Lee Statue, the Court is requested to refrain from public disclosure of personal information of the first party, with at the Court's discretion an exception being to the Governor himself, and then, require that the Governor prevent public disclosure of the first party's personal information, especially full name, address and/or telephone number.

## Claim Facts

1. The statue of Robert E. Lee was erected and then unveiled on March 29, 1890 on what is now state-owned land on Monument Avenue in Richmond, Virginia.

2. The statue itself is property of the Commonwealth of Virginia.

3. On Thursday June 4, 2020, Governor Ralph Northam called for the swift removal of the bronze statue of Robert E. Lee.

4. The Code of Federal Regulations (36CFR) Title 36, Chapter 1, Part 60 sets forth the procedural requirements for listing properties on the National Register of Historic Places. Part 16.15 sets forth the requirements and procedures for removing properties from the National Register.

5. Title 36, Chapter 1, part 60.15 lists grounds for removing properties under the following four paragraphs:

(a)(1): The property has ceased to meet the criteria for listing in the National Register because the qualities which caused it to be originally listed have been lost or destroyed;

(a)(2): Additional information shows that the property does not meet the National Register criteria for evaluation;

(a)(3): Error in professional judgement as to whether the property meets the criteria for evaluation;

(a)(4): Prejudicial procedural error in the nomination or listing process.

6. Title 36, Chapter 1, part 60.15 (c) provides that any person or organization may petition in writing for removal of a property from the National Register by setting forth the reasons the property should be removed on the grounds established in paragraph (a) of this section.

7. The Plaintiff asserts and believes that no person or organization has made a written petition for removal of the Robert E. Lee statue from the National Register.

8. The Plaintiff asserts that authorization for removal of the statue fails to meet any of the requirements set forth in Title 30, Chapter 1, part 60.15 (a).

9. The Plaintiff asserts and believes that the Defendant did solely and unilaterally determine that the statue would be removed, and that the decision was made in error, in haste, in fear and as a knee-jerk reaction to seven days of riots and property destruction in the City of Richmond, VA.

10. The Plaintiff seeks a permanent injunction, ordering the Defendant and his successors to cause the statue to remain undisturbed in its present location on Monument Avenue in Richmond, VA.

11. The Plaintiff further seeks an injunction, ordering the Defendant to immediately initiate cleaning and restoration of the statue, and that the process be completed within 10 calendar days.

12. That without injunctive relief, irreparable harm to the statue, listed in and protected under the National Register is likely to occur.

Wherefore, the Plaintiff seeks an injunction against the Defendant, ordering him to comply with Title 36, Chapter 1, Part 60 of the United States Code. The Plaintiff also seeks full reimbursement of courts costs, and reasonable attorney's fees.